
FILED
CLERK, U.S. DISTRICT COURT

OCT - 3 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Roberto Pedraza DEFENDANT(S). | CASE NUMBER 8:17-mj-00328-DUTY ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defense Counsel_____, IT IS ORDERED that a detention hearing is set for _October 4_____, _2017_____, at _2:00_____ ☐a.m. / ☒p.m. before the Honorable _Douglas F. McCormick_____, in Courtroom _6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _10/3/2017_

_____
DOUGLAS F. McCORMICK
U.S. District Judge/Magistrate Judge